149 P.3d 378 (2006)
158 Wash.2d 1015-1024
STATE
v.
PERALA; STATE
v.
HENRICKSON; STATE
v.
LOPEZ; STATE
v.
McCOLLUM; STATE
v.
ENFIELD; STATE
v.
DAVIS; STATE
v.
COLE; STATE
v.
FLORES; STATE
v.
JASSO; STATE
v.
BARAJAS; STATE
v.
VILLEGAS; STATE
v.
GRIB; STATE
v.
HAWK; STATE
v.
ABRAMS; STATE
v.
ROBINSON; STATE
v.
ANDERSON; STATE
v.
COSTELLO; STATE
v.
ZEPEDA; STATE
v.
ROGERS; STATE
v.
QUINTERO; STATE
v.
McDONALD; STATE
v.
STARK; STATE
v.
CLARK
No. 78592-9.
Supreme Court of Washington, Department one.
December 5, 2006.
Disposition of petition for review denied.